LEWIS A. SERKIN, INDIVIDUALLY AND AS REPRESENTATIVE OF ALL PROPERTY OWNERS AFFECTED BY SPECIAL AS-SESSMENT PURSUANT TO ORDINANCE # 1079, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF OCEAN, A MUNICIPAL CORPORATION, AND MARTIN L. BAILEY, COLLECTOR OF TAXES, DEFENDANTS-APPELLANTS.

HUXLEY HOLDING COMPANY, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF OCEAN, DEFENDANT-APPELLANT.

J.R.H. ELECTRICAL–MECHANICAL CONTRACTING CORP., A NEW JERSEY CORPORATION, PLAINTIFF-RESPONDENT, v. TOWNSHIP OF OCEAN, A MUNICIPAL CORPORATION, DE-FENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued March 25, 1985—Decided April 8, 1985.

Before Judges KING, DEIGHAN and BILDER.

*Dennis M. Crawford* argued the cause for appellants (*Crawford & Hirsch,* attorneys).

*Paul L. Blenden* argued the cause for respondent Lewis A. Serkin and all members of the class without attorneys.

*Edward C. Stokes, III,* argued the cause for respondent J.R.H. Electrical-Mechanical Contracting Corp. (*Stokes & Throckmorton,* attorneys).

Respondent Huxley Holding Company did not file a brief.

PER CURIAM.

We affirm the judgment of the Law Division for the reasons stated in the written opinion of Judge Rimm of February 8, 1983. 201 *N.J.Super.* 392.